*Sysco Corporation v. Tyson Foods, Inc., et al.* Case No.: 18-cv-700 (N.D. Ill.)

**Civil Cover Sheet Attachment - List of Related Cases**

*Maplevale Farms, Inc. v. Koch Foods, Inc., et al.*, No. 1:16-cv-08637 (Hon. Thomas M. Durkin)

*Chicken Kitchen USA, LLC v. Tyson Foods, Inc. et al.*, No. 1:17-cv-07176 (Hon. Thomas M. Durkin)

*Affiliated Foods, Inc. et al. v. Claxton Poultry Farms, Inc. et al.*, No. 1:17-cv-08850 (Hon. Thomas M. Durkin)

*Winn−Dixie Stores, Inc. v. Koch Foods, Inc. et al*., Case No. 18-cv-00245 (Hon. Thomas M. Durkin)