# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SYSCO CORPORATION<br><br>               Plaintiff,<br>v.<br><br>TYSON FOODS, INC.; TYSON CHICKEN, INC.; TYSON BREEDERS, INC.; TYSON POULTRY, INC.; PILGRIM'S PRIDE CORPORATION; KOCH FOODS, INC.; JCG FOODS OF ALABAMA, LLC; JCG FOODS OF GEORGIA, LLC; KOCH MEAT CO., INC.; SANDERSON FARMS, INC.; SANDERSON FARMS, INC. (FOOD DIVISION); SANDERSON FARMS, INC. (PRODUCTION DIVISION); SANDERSON FARMS, INC. (PROCESSING DIVISION); HOUSE OF RAEFORD FARMS, INC.; MAR-JAC POULTRY, INC.; PERDUE FARMS, INC.; PERDUE FOODS, LLC; WAYNE FARMS, LLC; FIELDALE FARMS CORPORATION; GEORGE'S, INC.; GEORGE'S FARMS, INC.; SIMMONS FOODS, INC.; SIMMONS PREPARED FOODS, INC.; O.K. FOODS, INC.; O.K. FARMS, INC.; O.K. INDUSTRIES, INC.; PECO FOODS, INC.; HARRISON POULTRY, INC.; FOSTER FARMS, LLC; FOSTER POULTRY FARMS; CLAXTON POULTRY FARMS, INC.; MOUNTAIRE FARMS, INC.; MOUNTAIRE FARMS, LLC; MOUNTAIRE FARMS OF DELAWARE, INC.; and AGRI STATS, INC.,<br><br>               Defendants. | Case No.: 18-cv-700<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

1.Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Sysco Corporation ("Sysco") states that it is not the subsidiary of any parent corporation, and that no publicly held corporation owns more than 10% of the stock of Sysco.

2.Pursuant to Local Rule 3.2, Sysco states that it does not have any publically-held affiliates as that term is defined in the local rule.

Respectfully Submitted,


Dated: January 30, 2018/s/ Jared Kosoglad

Jared Kosoglad (ARDC #6286633)
223 W. Jackson
Suite 200
Chicago, IL 60606
312-513-6000

Scott E. Gant
Jonathan M. Shaw
Kyle Smith
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

*Attorneys for Plaintiff*

## Certificate of Service

The undersigned attorney hereby certifies that, on January 30, 2018, he caused true and correct copies of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

        /s/ Jared Kosoglad

Jared Kosoglad (ARDC # 6286633)
223 W. Jackson
Suite 200
Chicago, IL 60606
312-513-6000