# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Sysco Corporation

                               Plaintiff,

v.                                           Case No.: 1:18−cv−00700
                                                      Honorable Thomas M. Durkin

Tyson Foods, Inc., et al.

                               Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 4, 2020:

        MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Sysco Corporation and Defendant Fieldale Farms Corporation ("Fieldale") have agreed to resolve Plaintiff's claims against Fieldale. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Fieldale are dismissed with prejudice. The parties shall bear their respective fees and costs. Any documents filed under seal remain under seal. Fieldale Farms Corporation terminated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.