# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sysco Corporation

                      Plaintiff,

v.                                                Case No.: 1:18−cv−00700

                                                          Honorable Thomas M. Durkin

Tyson Foods, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: A joint stipulation of dismissal was filed in 16 C 8637, dkt. 3958. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Peco Foods, Inc. are dismissed with prejudice. The parties shall bear their respective fees and costs. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.