UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Sysco Corporation
                              Plaintiff,

v.                                              Case No.: 1:18−cv−00700
                                                Honorable Thomas M. Durkin

Tyson Foods, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 14, 2021:

    MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed at docket entry 4173 in 16 C 8637. Plaintiff Sysco Corporation ("Sysco") and Defendants George's, Inc. and George's Farms, Inc. (collectively, "George's") have agreed to resolve Sysco's claims against George's. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against George's are dismissed with prejudice. The parties shall bear their respective fees and costs. George's Farms, Inc. and George's, Inc. terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.