**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In Re Broiler Chicken Antitrust Litigation*, Case No: 16-CV-08637 <br><br> SYSCO CORPORATION, <br><br>        Plaintiff, <br><br>    v. <br><br> TYSON FOODS, INC., *et al.*, <br><br>        Defendants. | Case No. 18-CV-700 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert |

## **STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, as follows:

1. Boies Schiller Flexner LLP ("BSF") and DAP Sysco Corporation ("Plaintiff") consent to BSF's withdrawal as Plaintiff's counsel, effective immediately;

2. BSF's withdrawal is without prejudice to either BSF or Plaintiff asserting any claim or defense that they may have against each other with respect to BSF's representation of Plaintiff or BSF's withdrawal as counsel; and

**Continued on Following Page**

3. The Court's entry of this Order shall not operate as an adjudication of any claims or defenses that Plaintiff or BSF may have against each other relating to BSF's representation of Plaintiff or BSF's withdrawal.

Dated: March 9, 2023

| BOIES SCHILLER FLEXNER LLP | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
|---|---|
| By: /s/ Scott E. Gant<br>Scott E. Gant<br>1401 New York Ave., NW Washington, DC 20005<br>(202) 237-2727<br>sgant@bsfllp.com<br><br>*Attorneys for DAP Sysco Corporation* | By: /s/ Nicole I. Hyland<br>Ronald C. Minkoff*<br>Nicole I. Hyland*<br>Amanda B. Barkin*<br>28 Liberty Street, 35th Fl.<br>New York, NY 10005<br>(212) 980-0120<br>rminkoff@fkks.com<br>nhyland@fkks.com<br>abarkin@fkks.com<br>*Pending *pro hac vice* admission<br><br>*Attorneys in Limited Capacity for DAP Sysco Corporation* |

Dated:_____

SO ORDERED:

BY THE COURT:

_____
Thomas M. Durkin, U.S.D.J.