# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

IN RE BROILER CHICKEN ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

*Sysco Corp. v. Tyson Foods, Inc., et al.*
Case No. 18-cv-00700

Case No. 1:16-cv-08637
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Pilgrim's Pride Corporation.
and against plaintiff(s) Carina Ventures LLC.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court's 12/16/2024 Order, Dkt. 7451 (the "SJ Order"), is a final order in that it disposes of Carina's claims against Pilgrim's Pride Corporation ("Pilgrim's"). And because there will be minimal factual overlap between the appeal from this judgment and any future appeal in the case, an entry of final judgment would serve the interest in judicial economy, meaning there is no just reason for delay. Accordingly, the Court enters final judgment in favor of Defendant Pilgrim's on the claims identified in the SJ Order.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion for summary judgment.

Date: 12/31/2024

Thomas G. Bruton, Clerk of Court

Emily Wall, Deputy Clerk